FRANK R. UBHAUS, CA. STATE BAR NO. 46085
JOHN F. DOMINGUE, CA. STATE BAR NO. 193350
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR DEFENDANT
e-centives, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRIFOCAL, LLC, a California limited liability corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>E-centives, INC., a Delaware corporation,<br><br>    Defendant. | No. C03 05413 JW<br><br>NOTICE OF STIPULATED WAIVER OF JURY TRIAL<br><br>*AND ORDER |
| E-centives, INC., a Delaware corporation,<br><br>    Cross-Complainant,<br><br>vs.<br><br>TRIFOCAL, LLC, a California limited liability corporation,<br><br>    Cross-Defendant. | |

WHEREAS, PLAINTIFF TRIFOCAL, LLC and DEFENDANT E-CENTIVES (collectively, the "parties") have stipulated to waive jury and proceed with a court trial;

///

-2-

1    IT IS HEREBY STIPULATED by the parties, through their respective attorneys of record, as
2  follows:
3    1.    The parties waive their right to trial by jury with respect to all claims or defenses
4  raised in the complaint or cross-complaint, or answers thereto, in this action, and hereby elect to
5  proceed with a court trial on all claims, causes of action, and defenses in this litigation.

Dated: September 29, 2005          CARR & FERRELL LLP

                                   By _____
                                      JAMES W. LUCEY

                                   Attorney for Trifocal, LLC

Dated: September 29, 2005          BERLINER COHEN, Attorney for E-centives, Inc.

                                   By _____
                                      FRANK R. UBHAUS
                                      JOHN F. DOMINGUE


ORDER

Pursuant to the above stipulation, IT IS HEREBY ORDERED that the above-captioned matter shall proceed by court trial.

9/30/05

                                   _____
                                   JAMES WARE
                                   United States District Judge

                                   IT IS SO ORDERED
                                   Judge James Ware

{00158707v1}                       -2-
NOTICE OF STIPULATED WAIVER OF JURY TRIAL