United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trifocal LLC, | |
|         Plaintiff, | No. C 03-05413 JW |
| v. | **ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |
| E-centives, Inc., | |
|         Defendant. | |

    Please take note that on the Court's own motion, the Final Pretrial Conference presently scheduled for January 9, 2006 at 3 p.m. is continued to **January 11, 2006 at 2 p.m.**

Dated: January 3, 2006

                                          JAMES WARE
                                          United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Frank R. Ubhaus fru@berliner.com
James W. Lucey jlucey@carr-ferrell.com
3 John F. Domingue jfd_esq@yahoo.com

**Dated: January 3, 2006**                                                          **Richard W. Wieking, Clerk**

                                                                                    **By:  /s/JW Chambers**
                                                                                    **Melissa Peralta**
                                                                                    **Courtroom Deputy**