**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Trifocal LLC, | NO. C 03-05413 JW |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| e-centives, Inc., | |
| Defendant. | |

The Court deems Defendant's Motion for Attorneys' Fees and Costs in the above entitled matter appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on June 26, 2006 is vacated.

Dated: June 20, 2006

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  A. Bryan Diaz bryan.diaz@berliner.com
Frank R. Ubhaus fru@berliner.com
3  James W. Lucey jlucey@carr-ferrell.com
James W. Lucey jlucey@carr-ferrell.com
4  John F. Domingue jfd_esq@yahoo.com

6  **Dated: June 20, 2006**                    **Richard W. Wieking, Clerk**

8                                              **By:     /s/ JW Chambers**
                                                   **Melissa Peralta**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California